IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SYNARTIS INCOME FUND, LLC, et al.,**

    **Plaintiffs,**

v.                                            Case No. 1:24-cv-187-AW-MAF

**CP HOLDINGS CONSOLIDATED, VII LLC, et al.,**

    **Defendants.**

_____/

## ORDER REGARDING SCHEDULE

Plaintiffs filed their complaint in October 2024. ECF No. 1. By January 17, 2025, all Defendants had been served or had waived service. *See* ECF Nos. 17, 18, 20, 26, 27. Three Defendants answered. ECF Nos. 22, 24. The remaining Defendant's answer was due February 7, 2025. *See* ECF Nos. 26, 27; Fed. R. Civ. P. 12(a)(1)(A). No answer has been filed, and that Defendant—CP Holdings Consolidated VII, LLC (CP Holdings VII)—has never appeared.

Within seven days, Plaintiffs must file a notice stating whether they will (a) pursue a default judgment against CP Holdings VII, (b) abandon claims against that Defendant and proceed with respect to the other Defendants, or (c) follow some other course. If Plaintiffs intend to seek a default judgment against CP Holdings VII, they must move for a clerk's default and then a default judgment.

1

SO ORDERED on April 30, 2025.

                                                  s/ *Allen Winsor*
                                                  United States District Judge