# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**SYNARTIS INCOME FUND, LLC, et al.,**

    **Plaintiffs,**

v.                                                            Case No. 1:24-cv-187-AW-MAF

**CP HOLDINGS CONSOLIDATED, VII LLC, et al.,**

    **Defendants.**

_____/

## ORDER REGARDING SCHEDULE AND MOTION TO AMEND

The parties have filed their Rule 26(f) report, which notes that the parties may seek a different schedule if the court allows amended pleadings. In the meantime, counsel for Defendant Dyrkolbotn withdrew, and the court suspended all deadlines as to Dyrkolbotn for 30 days from June 27, 2025 to allow him to obtain new counsel. Then, Defendant Shively moved for leave to amend her answer to assert cross- and counterclaims.

The deadline for any party to file a response to the motion for leave to amend is August 8, 2025. (If Dyrkolbotn has not obtained new counsel by then and he objects to the amendment, he must file his response pro se.) The court will further address the schedule after deciding that motion.

SO ORDERED on July 3, 2025.

                                                    s/ *Allen Winsor*
                                                    Chief United States District Judge