# EXHIBIT B

*to Declaration of Chris Johnston in Support of Motion to Enforce Settlement and for Entry of Final Judgments Against Defendants, Jointly and Severally*

| | | | | | | Accrued | |
|---|---|---|---|---|---|---|---|
| N.D. Fla. Case No. | Loan No. | Description | Principal | Accrued Interest through 3.31.25 | Total through 3.31.25 | Interest through 6.30.25 | Total through 6.30.2025 |
| 24-cv-00191 | 22-201709 | CP A1 | $2,380,000.00 | $508,923.33 | $2,888,923.33 | $124,950.00 | $3,013,873.33 |
| 24-cv-00192 | 22-201710 | Phase II Promenade | $2,500,000.00 | $437,291.67 | $2,937,291.67 | $125,000.00 | $3,062,291.67 |
| 24-cv-00194 | 22-201711 | CP B1B4 MF | $5,300,000.00 | $1,133,316.67 | $6,433,316.67 | $278,250.00 | $6,711,566.67 |
| 24-cv-00193 | 23-701215 | Vibe Condo | $4,935,000.00 | $1,044,575.00 | $5,979,575.00 | $259,087.50 | $6,238,662.50 |
| 24-cv-00187 | 23-701219 | Master Credit Facility* | $12,100,000.00 | $2,477,138.89 | $14,489,638.89 | $605,000.00 | $15,094,638.89 |
| 24-cv-00195 | 24-701226 | CPC Loan | $6,890,778.00 | $3,162,867.10 | $10,053,645.10 | $413,446.68 | $10,467,091.78 |
| | | | | | | | |
| | | | | | | | |

*Title row: Synartis Lender Settlement Balances*

*Totals reflect discount of $87,500 to claim amount based on settlement

**Loan 22-201709 CP A1**

**Case No. 24-cv-00191**

| Settlement Amount Balance Summary | |
|---|---|
| **Description** | **Amount** |
| Principal Balance | $2,380,000.00 |
| Accrued contract interest (18%) | $433,160.00 |
| Accrued default interest (3%) | $75,763.33 |
| Total Loan Balance as of Mar. 31, 2025 | $2,888,923.33 |

| Calculation Details | |
|---|---|
| Accrued Contract Interest Begin Date | 4/1/2024 |
| Accrued Contract Interest End Date | 3/31/2025 |
| Per diem (18%) | $1,190.00 |
| Days | $364.00 |
| Total accrued contract interest | $433,160.00 |
| | |
| Default Interest Begin Date | 3/14/2024 |
| Default Interest End Date | 3/31/2025 |
| Default per diem (3%) | $198.33 |
| Days | 382 |
| Total accrued default interest | $75,763.33 |

| Additional Accrued Interest through June 30, 2025 | |
|---|---|
| Start date | 4/1/2025 |
| End date | 6/30/2025 |
| Total days | 90 |
| Total per diem | $1,388.33 |
| Total additional accrued interest | $124,950.00 |

| Total Balance as of June 30, 2025 | $3,013,873.33 |
|---|---|

**Loan 22-201710 Phase II Promenade**

**Case No. 24-cv-00192**

| Settlement Amount Balance Summary | |
|---|---|
| **Description** | **Amount** |
| Principal Balance | $2,500,000.00 |
| Accrued contract interest (17%) | $357,708.33 |
| Accrued default interest (3%) | $79,583.33 |
| Total Loan Balance as of Mar. 31, 2025 | $2,937,291.67 |

| Calculation Details | |
|---|---|
| Accrued Contract Interest Begin Date* | 6/1/2024 |
| Accrued Contract Interest End Date | 3/31/2025 |
| Per diem (17%) | $1,180.56 |
| Days | 303 |
| Total accrued contract interest | $357,708.33 |
| | |
| Default Interest Begin Date | 3/14/2024 |
| Default Interest End Date | 3/31/2025 |
| Default per diem (3%) | $208.33 |
| Days | 382 |
| Total accrued default interest | $79,583.33 |

| Additional Accrued Interest through June 30, 2025 | |
|---|---|
| Start date | 4/1/2025 |
| End date | 6/30/2025 |
| Total days | 90 |
| Total per diem | $1,388.89 |
| Total additional accrued interest | $125,000.00 |

| | |
|---|---|
| **Total Balance as of June 30, 2025** | $3,062,291.67 |

**Loan 22-201711 CP B1B4 MF**
**Case No. 24-cv-00194**

| Settlement Amount Balance Summary | |
|---|---|
| Description | Amount |
| Principal Balance | $5,300,000.00 |
| Accrued contract interest (18%) | $964,600.00 |
| Accrued default interest (3%) | $168,716.67 |
| Total Loan Balance as of Mar. 31, 2025 | $6,433,316.67 |

| Calculation Details | |
|---|---|
| Accrued Contract Interest Begin Date | 4/1/2024 |
| Accrued Contract Interest End Date | 3/31/2025 |
| Per diem (18%) | $2,650.00 |
| Days | 364.00 |
| Total accrued contract interest | $964,600.00 |
| | |
| Default Interest Begin Date | 3/14/2024 |
| Default Interest End Date | 3/31/2025 |
| Default per diem (3%) | $441.67 |
| Days | 382 |
| Total accrued default interest | $168,716.67 |

| Additional Accrued Interest through June 30, 2025 | |
|---|---|
| Start date | 4/1/2025 |
| End date | 6/30/2025 |
| Total days | 90 |
| Total per diem | $3,091.67 |
| Total additional accrued interest | $278,250.00 |

| Total Balance as of June 30, 2025 | $6,711,566.67 |
|---|---|

**Loan 23-701215 Vibe Condo**

**Case No. 24-cv-00193**

| Settlement Amount Balance Summary | |
|---|---|
| **Description** | **Amount** |
| Principal Balance | $4,935,000.00 |
| Accrued contract interest (18%) | $898,170.00 |
| Accrued default interest (3%) | $146,405.00 |
| Total Loan Balance as of Mar. 31, 2025 | $5,979,575.00 |

| Calculation Details | |
|---|---|
| Accrued Contract Interest Begin Date | 4/1/2024 |
| Accrued Contract Interest End Date | 3/31/2025 |
| Per diem (18%) | $2,467.50 |
| Days | 364.00 |
| Total accrued interest | $898,170.00 |
| | |
| Default Interest Begin Date | 4/9/2024 |
| Default Interest End Date | 3/31/2025 |
| Default per diem (3%) | $411.25 |
| Days | 356 |
| Total accrued default interest | $146,405.00 |

| Additional Accrued Interest through June 30, 2025 | |
|---|---|
| Start date | 4/1/2025 |
| End date | 6/30/2025 |
| Total days | 90 |
| Total per diem | $2,878.75 |
| Total additional accrued interest | $259,087.50 |

| | |
|---|---|
| **Total Balance as of June 30, 2025** | $6,238,662.50 |

**Loan 23-701219 Credit Facility**
**Case No. 24-cv-00187**

| Settlement Amount Balance Summary | |
|---|---|
| **Description** | **Amount** |
| Principal Balance | $12,100,000.00 |
| Accrued contract interest (15%) | $1,835,166.67 |
| Accrued default interest (5%) | $641,972.22 |
| Total Loan Balance as of Mar. 31, 2025 | $14,577,138.89 |

| Calculation Details | |
|---|---|
| Accrued Contract Interest Begin Date | 4/1/2024 |
| Accrued Contract Interest End Date | 3/31/2025 |
| Per diem (15%) | $5,041.67 |
| Days | 364.00 |
| Total accrued interest | $1,835,166.67 |
| | |
| Default Interest Begin Date* | 3/14/2024 |
| Default Interest End Date | 3/31/2025 |
| Default per diem (5%) | $1,680.56 |
| Days | 382 |
| Total accrued default interest | $641,972.22 |

| Additional Accrued Interest through June 30, 2025 | |
|---|---|
| Start date | 4/1/2025 |
| End date | 6/30/2025 |
| Total days | 90 |
| Total per diem | $6,722.22 |
| Total additional accrued interest | $605,000.00 |

| | |
|---|---|
| **Less Settlement Discount** | ($87,500.00) |

| | |
|---|---|
| **Total Balance as of June 30, 2025** | $15,094,638.89 |

**Loan 24-701226 CPC Capital**
**Case No. 24-cv-00195**

| Settlement Amount Balance Summary | |
|---|---|
| **Description** | **Amount** |
| Principal Balance | $6,890,778.00 |
| Accrued Current Interest (8%) | $557,387.38 |
| Accrued Rate Component Interest (12%) | $2,331,379.89 |
| Accrued Default Interest (4%) | $274,099.84 |
| Total Loan Balance as of Mar. 31, 2025 | $10,053,645.10 |

| Calculation Details | |
|---|---|
| Accrued Current Interest Begin Date | 4/1/2024 |
| Accrued Current Interest End Date | 3/31/2025 |
| Per diem (8%) | $1,531.28 |
| Days | 364 |
| Total accrued Current Interest | $557,387.38 |
| | |
| Accrued Rate Component Interest Begin Dat | 6/20/2022 |
| Accrued Interest End Date | 3/31/2025 |
| Per diem (12%) | $2,296.93 |
| Days | 1,015.00 |
| Total accrued interest | $2,331,379.89 |
| | |
| Default Interest Begin Date* | 4/7/2024 |
| Default Interest End Date | 3/31/2025 |
| Default per diem (4%) | $765.64 |
| Days | 358 |
| Total accrued default interest | $274,099.84 |

| Additional Accrued Interest through June 30, 2025 | |
|---|---|
| Start date | 4/1/2025 |
| End date | 6/30/2025 |
| Total days | 90 |
| Total per diem | $4,593.85 |
| Total additional accrued interest | $413,446.68 |

| **Total Balance as of June 30, 2025** | $10,467,091.78 |
|---|---|