IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SYNARTIS INCOME FUND LLC, et al.,**

    **Plaintiffs,**

v.                                    Case No. 1:24-cv-187-AW-MAF

**CP HOLDINGS CONSOLIDATED, VII LLC, et al.,**

    **Defendants.**

_____/

## ORDER CANCELING TRIAL AND SETTING STATUS CONFERENCE

As to all of the consolidate cases, the clerk will remove the trial from the calendar and set a telephonic status conference at a time the parties and the court are available.

SO ORDERED on February 5, 2026.

                                              s/ *Allen Winsor*
                                              Chief United States District Judge